ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 6 2006

at 12 o'clock and 30 min. PM

SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

TRACY GARCIA SANCHEZ

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 00-00188SOM-02

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST TRACY GARCIA SANCHEZ and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

RECEIVED
2006 JUN 20 PM 1:48
U.S. MARSHALS SERVICE
HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| *[signature] Laila M. Geronimo* | JUNE 20, 2006 at Honolulu, Hawaii |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Susan Oki Mollway, United States District Judge

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . |

| Date Received 6/20/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cole DUSM | SIGNATURE OF ARRESTING OFFICER Tony Cole |
|---|---|---|
| Date of Arrest 6/23/06 | | |