# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00188SOM-BMK |
| CASE NAME: | USA vs. (02) Tracy Garcia Sanchez |
| ATTYS FOR PLA: | Florence Nakakuni |
| ATTYS FOR DEFT: | 02 Myles Breiner |
| | Jonathan Skedeleski (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/3/2006 | TIME: | 3:45 - 4:05 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (02) Tracy Garcia Sanchez present and in custody.

Defendant admits to violation nos. 1 and 2.

Court finds that there is sufficient evidence to support all violations and the defendant has not met the conditions of supervised release.

 Discussion held re: options available.

The USPO to research what options available.

This hearing is continued to 7/14/06 @ 2:15 p.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.