# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 00-00188SOM-BMK |
| CASE NAME: | USA vs. (02) Tracy Garcia Sanchez |
| ATTYS FOR PLA: | Thomas Koenig<br>Jonathan Skedelski (USPO) |
| ATTYS FOR DEFT: | 02 Myles Breiner |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/14/2006 | TIME: | 2:20 - |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant (02) Tracy Garcia Sanchez present and in custody.

The USPO informed the Court that the Sand Island Treatment Center declined to admit the defendant into its program.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 6 Months.

Supervised Release: 30 Months.

CONDITIONS:

▸ That the defendant shall abide by the standard conditions of supervision.

▸ That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸ That the defendant not possess illegal controlled substances (mandatory condition)

▸ That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

▸ That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

▸ That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

▸ That the defendant shall submit her property, person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

▸ That the defendant serve up to 180 days community confinement in a community corrections center such as Mahoney Hale, following release from imprisonment and/or release from a residential treatment program as arranged by the Probation Office. While serving the term of community confinement, the defendant may obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

> That the defendant remain on the island of Oahu at the discretion and direction of the Probation Office.

Defendant advised of her right to appeal

Court notified the defendant that pursuant to the Miqbel case, if she is revoked again, the maximum she can be sentenced to is 24 months.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.